AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

JAY STEPHAN,

      Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

                      CASE NUMBER:  **3:10-cv-00595-ECR-VPC**

SIERRA PACIFIC POWER COMPANY
and John & Mary Does, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's remaining claims are remanded to the Second Judicial District Court of the State of Nevada in and for the County of Washoe.

   August 18, 2011                                **LANCE S. WILSON**
                                                                Clerk

                                                                /s/ D. R. Morgan
                                                                Deputy Clerk